UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HANS BAECHI,

    Plaintiff,

v.                                                  Case No.: 2:20-cv-00750-JLB-NPM

AIG PROPERTY CASUALTY COMPANY,

    Defendant.
_____/

## ORDER

Plaintiff has filed a notice of voluntary dismissal without prejudice (Doc. 7) of his claims against Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice is self-executing. Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on October 29, 2020.

*/s/ John L. Badalamenti*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**